UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE KONEL,<br><br>Plaintiff,<br><br>vs.<br><br>WK KELLOGG CO., GARY PILNICK, WENDY ARLIN, R. DAVID BANYARD JR., MICHAEL CORBO, ZACHARY GUND, RAMON MURGUÍA, JULIO NEMETH, and MINDY SHERWOOD,<br><br>Defendants. | Case No. 25-cv-9418<br><br>Hon. Edmond E. Chang |

**PLAINTIFF'S INITIAL STATUS REPORT**

Plaintiff George Konel ("Plaintiff"), by and through Plaintiff's attorneys, submit this Initial Status Report pursuant to the minute order dated Aug. 26, 2025 (Dkt. No. 23).

1. **The Nature of the Case**

   a. Attorneys of Record

      i. Plaintiff: John D. Blythin, Shpetim Ademi

      ii. Defendant: None yet; Emily A. Nowlan (admitted in Delaware)

   b. Basis for Federal Jurisdiction: Federal Question. The Complaint alleges that Defendants violated the Securities Exchange Act of 1934.

   c. Nature of the claims asserted in the complaint and any counterclaims. The Complaint alleges that Defendants were using a materially incomplete and misleading proxy statement to solicit shareholder approval.

   d. Major legal and factual issues in the case. Whether the proxy statement in question

is materially misleading or incomplete.

e. Relief Sought by Plaintiff. Corrective disclosures that address the deficiencies identified in the Complaint before the forthcoming stockholder vote. Corrective disclosures were made before the forthcoming stockholder vote, mooting Plaintiff's claims.

**2. Pending Motions and Case Plan**

a. Defendants have waived service.

b. All pending motions. None. Plaintiff will file a notice of dismissal on mootness grounds shortly. Pursuant to L.R. 54.3(b), Plaintiff requests that the Court enter an order with respect to the filing of a fee motion pursuant to Fed. R. Civ. P. 54. Plaintiff requests that the deadline to file the fee motion be set 91 days after the entry of the dismissal of this action, pursuant to L.R. 54.3(b).

c. Discovery.

i. The general type of discovery needed. N/A

ii. A date for Rule 26(a)(1) disclosures. N/A

iii. A date to issue the first-set of written discovery requests. N/A

iv. A fact discovery completion date. N/A

v. If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports (or summaries for non-retained expert testimony). N/A

vi. A deadline under Civil Rule 16(b) to add parties or to amend pleadings. N/A

vii. A date for the filing of dispositive motions. N/A

d. State whether a jury trial is requested and the probable length of trial

(including jury selection, jury addresses, and jury deliberations). N/A

e. State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E). Plaintiff consents to service of pleadings and other papers by electronic means.

**3. Consent to Proceed Before a Magistrate Judge**

a. State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgment. The parties do not unanimously consent to magistrate judge jurisdiction at this time.

4. **Status of Settlement Discussions**

a. State whether any settlement discussions have occurred; Preliminary settlement discussions have occurred.

b. Describe the status of any settlement discussions; Plaintiff intends to follow the procedures set forth in L.R. 54.3 and, if necessary, file a fee motion.

c. Whether the parties request a settlement conference. The parties do not request a settlement conference at this time.

Dated: September 15, 2025

**ADEMI & FRUCHTER LLP**

By: */s/ John D. Blythin*

Shpetim Ademi (WI SBN 1026973)
John D. Blythin (IL SBN 6281648)
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel. 414-482-8000
Fax 414-482-8001
sademi@ademilaw.com
jblythin@ademilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, John D. Blythin, certify that on September 15, 2025, I sent this document by electronic mail to the following address(es):

Emily A. Nowlan*
KIRKLAND & ELLIS LLP
601 Lexington Avenue, New York, NY 10022
T +1 212 390 4025 M +1 646 335 3199
F +1 212 446 4900
emily.nowlan@kirkland.com

* Admitted in Delaware

*Attorneys for Defendant*

/s/ John D. Blythin
John D. Blythin
**ADEMI & FRUCHTER LLP**
3620 E. Layton Avenue
Cudahy, WI 53110
Phone No.: 414.482.8000
E-mail: jblythin@ademilaw.com