**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Konel
Plaintiff,
v.
WK Kellogg Co., et al.
Defendant.

Case No.: 1:25−cv−09418
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 24, the Plaintiff will be filing a voluntary dismissal based on mootness. The voluntary dismissal shall be filed by 09/26/2025, absent an extension motion based on good cause. The status report refers to a potential fee motion. Without commenting one way or the other on the propriety of a fee motion, if there is no resolution of the fees dispute, then the Plaintiff should file a motion seeking to set a schedule no later than 10/03/2025 and explain the circumstances. The tracking status hearing of 09/19/2025 is reset to 10/10/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.